# United States District Court
# For The Western District of North Carolina
# Asheville Division

Russell Frady ,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                    1:11-cv-00315

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/22/2012 Order.

                                                  FRANK G. JOHNS, CLERK
                                                 Signed: May 22, 2012

Frank G. Johns, Clerk
United States District Court